IN THE SUPREME COURT OF TEXAS

 ((((((((((((((((
 No. 05-0605
 ((((((((((((((((

 Stephanie Wortham Smalling, Individually And As Representative Of The
 Estate Of Skyler Kennedy Wortham-Krause,

 v.

 MICHAEL O. GARDNER, M.D., NICHOLAS ZACHARIAS, M.D., BAYLOR COLLEGE OF
 MEDICINE AND ITS DIVISIONS BAYLOR PERINATAL ASSOCIATES AND BAYLOR
 NEONATOLOGY ASSOCIATES, AND ST. LUKE'S EPISCOPAL HOSPITAL

 ((((((((((((((((((((((((((((((((((((((((((((((((((((
 On Petition for Review
 ((((((((((((((((((((((((((((((((((((((((((((((((((((

 ORDER

 1. Pursuant to the notice of bankruptcy of Stephanie Wortham
Smalling, et al., filed with this Court on August 2, 2005, this case is
ABATED. Tex. R. App. P. 8.2.

 2. The case is abated pursuant to Tex. R. App. P. 8.2 until
further order of this Court and is removed from the Court's active docket,
subject to reinstatement upon proper motion. Tex. R. App. P. 8.3. All
motions and other documents pending or filed are abated subject to being
reurged in the event the case is reinstated. Tex. R. App. P. 8.2 and 8.3.
It is the parties' responsibility to immediately notify this Court once the
automatic bankruptcy stay is lifted.

 Done at the City of Austin, this 2nd day of December, 2005.

 [pic]
 Andrew Weber, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk